## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clyde Martin Jr. <br> Gwendolyn M. Martin <br> Debtor(s) | CHAPTER 7 |
| MIDFIRST BANK <br> Movant <br> vs. | NO. 20-12480 AMC |
| Clyde Martin Jr. <br> Gwendolyn M. Martin <br> Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq. <br> Trustee | |

## ORDER

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 437 West Roosevelt Boulevard, Philadelphia, PA 19120 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: July 6, 2020**

_____
United States Bankruptcy Judge.

Clyde Martin Jr.
437 West Roosevelt Boulevard
Philadelphia, PA 19120

Gwendolyn M. Martin
437 West Roosevelt Boulevard
Philadelphia, PA 19120

Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532