```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                          Case No. 20-12480-amc
Clyde Martin, Jr.                                               Chapter 7
Gwendolyn M. Martin
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR            Page 1 of 1           Date Rcvd: Jul 06, 2020
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
db/jdb         +Clyde Martin, Jr.,   Gwendolyn M. Martin,   437 W. Roosevelt Boulevard,
                Philadelphia, PA 19120-4148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MICHAEL A. CIBIK2   on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2   on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ   on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Clyde Martin Jr. | | CHAPTER 7 |
| Gwendolyn M. Martin | | |
| | Debtor(s) | |
| MIDFIRST BANK | | NO. 20-12480 AMC |
| | Movant | |
| vs. | | |
| Clyde Martin Jr. | | 11 U.S.C. Section 362 |
| Gwendolyn M. Martin | | |
| | Debtor(s) | |
| Christine C. Shubert Esq. | | |
| | Trustee | |

## ORDER

AND NOW, this ____ day of _____, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 437 West Roosevelt Boulevard, Philadelphia, PA 19120 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: July 6, 2020**

_____
United States Bankruptcy Judge.

Clyde Martin Jr.
437 West Roosevelt Boulevard
Philadelphia, PA 19120

Gwendolyn M. Martin
437 West Roosevelt Boulevard
Philadelphia, PA 19120

Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532