**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CLYDE & GWENDOLYN M. MARTIN,
Debtors.

Case No. 20-12480AMC7

Chapter 7

**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

We hereby certify that We have completed the Financial Management Course required

for discharge and hereto attach the Certification of Completion from an approved provider. We

further certify that the information We have provided is true and correct.

Dated: 7/2/20

X _____
CLYDE MARTIN
Debtor

Dated: 7/2/20

X _____
GWENDOLYN M. MARTIN
Joint Debtor